[No. 75404-1-I.   Division One.   June 12, 2017.]

*In the Matter of the Dependency of* B.M.A.

Appeal from a judgment of the Superior Court for King County, No. 15-7-02259-6, Richard D. Eadie, J., entered June 3, 2016. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Leach, JJ.

[No. 75411-4-I.   Division One.   June 12, 2017.]

*In the Matter of the Marriage of* STEVEN MATTHEW KELLY, *Appellant*, and NATALI KAE SCHUTZ, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-3-02488-3, Susan H. Amini, J., entered June 21, 2016. *Reversed* by unpublished opinion per Spearman, J., concurred in by Becker and Schindler, JJ.

[No. 75519-6-I.   Division One.   June 12, 2017.]

JOHN DOE G ET AL., *Respondents*, v. DONNA ZINK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-21109-1, Palmer Robinson, J., entered June 27, 2016. *Dismissed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Leach, JJ.

[No. 76748-8-I.   Division One.   June 12, 2017.]

TRINA CORTESE ET AL., *Appellants*, v. LUCAS WELLS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-2-01778-6, Bernard F. Veljacic, J., entered August 26, 2016. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Becker and Mann, JJ.